UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID F. RIGGS

           Plaintiff,

     v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

           Defendant.

Case No. C07-5242RJB-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the court on the Report and Recommendation of Magistrate Judge Strombom. Dkt. 17. The court has considered the relevant documents and the remainder of the file herein.

Therefore, it is hereby

**ORDERED** that the Report and Recommendation of Judge Strombom is **ADOPTED**. The Administrative Law Judge's decision is reversed and this matter is remanded to the Commissioner for further administrative proceedings in accordance with the findings contained in the Report and Recommendation of Magistrate Judge Strombom. Dkt. 17.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 25th day of April, 2008.

*/s/ Robert J. Bryan*
Robert J. Bryan
United States District Judge

ORDER
Page - 1